UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHARLES CRAFT,

    Plaintiff,

v.    **ORDER**

Criminal File No. 21-CV-1917 (MJD/JFD)

WARDEN B. BIRKHOLZ,

    Defendant.

Petitioner Charles Craft is *pro se.*

Ana H. Voss, Ann M. Bildsten, Assistant United States Attorneys, Counsel for Respondent.

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge John F. Docherty dated October 20, 2022. (Doc. 14.) No objections to the Report and Recommendation have been filed in the time period permitted by the Local Rules.

Accordingly, based on the foregoing and the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (Doc. 14) is **ADOPTED**;

1

2. Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**; and

3. This case is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  January 18, 2023                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court